Michael J. Kapaun, WSBA # 36864  
Steven J. Dixson, WSBA # 38101  
WITHERSPOON · KELLEY  
422 West Riverside Avenue, Suite 1100  
Spokane, WA 99201-0300  
Telephone: (509) 624-5265  
Facsimile: (509) 458-2728  
mjk@witherspoonkelley.com  
sjd@witherspoonkelley.com  

CHIEF JUDGE RICARDO S. MARTINEZ

*Attorneys for Defendants Nationstar Mortgage, LLC and*  
*Wells Fargo Bank N.A. as Trustee for Structured Adjustable*  
*Rate Mortgage Loan Trust, Series 2007-3*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRETT DIFFLEY,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-01370-RSM<br><br>DEFENDANT NATIONSTAR MORTGAGE LLC and WELLS FARGO BANK N.A.'S CORPORATE DISCLOSURE STATEMENT |

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Nationstar Mortgage LLC and Wells Fargo Bank, N.A. state as follows:

1. Nationstar Mortgage LLC is a Delaware limited liability company that is wholly owned by Nationstar Sub1 LLC and Nationstar Sub2 LLC. Nationstar Sub1 LLC and Nationstar Sub2 LLC are Delaware limited liability companies that are wholly owned by Nationstar Mortgage Holdings, Inc., a publically traded company on the New York Stock Exchange under the symbol NSM. Nationstar Mortgage Holdings, Inc. does not have any parent corporations, and no publicly held company owns 10% or more of Nationstar Mortgage Holdings, Inc.'s stock.

2. Wells Fargo Bank, N.A. is a wholly-owned subsidiary of Wells Fargo &

DEFENDANT NATIONSTAR MORTGAGE LLC and  
WELLS FARGO BANK N.A.'S CORPORATE  
DISCLOSURE STATEMENT - 1  
Case No. 2:17-cv-01370-RSM  
{S1608317; 1 }



WITHERSPOON · KELLEY  
Attorneys & Counselors  
422 W. Riverside Avenue, Suite 1100    Phone: 509.**624.5265**  
Spokane, Washington 99201-0300    Fax: 509.**458.2728**

Company, a publicly traded corporation on the New York Stock Exchange under the symbol WFCm. No publicly held company owns 10% or more of Wells Fargo & Company stock.

DATED this 2nd day of October, 2017.

        WITHERSPOON · KELLEY

        By: _s/ Michael J. Kapaun_
          Michael J. Kapaun, WSBA # 36864
          422 West Riverside Avenue, Suite 1100
          Spokane, WA  99201-0300
          Telephone:  (509) 624-5265
          Facsimile:   (509) 458-2728
          E-mail:  mjk@witherspoonkelley.com
          *Attorneys for Defendants Nationstar Mortgage LLC and Wells Fargo Bank, N.A.*

DEFENDANT NATIONSTAR MORTGAGE LLC and WELLS FARGO BANK N.A.'S CORPORATE DISCLOSURE STATEMENT - 2
Case No. 2:17-cv-01370-RSM
{S1608317; 1 }

WK **WITHERSPOON · KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100 Phone: 509.**624.5265**
Spokane, Washington 99201-0300 Fax: 509.**458.2728**

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October, 2017, I caused to be electronically filed the foregoing DEFENDANT NATIONSTAR MORTGAGE LLC and WELLS FARGO BANK, N.A.'S CORPORATE DISCLOSURE with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Vicente Omar Barraza
BARRAZA LAW PLLC
14245-F AMBAUM BLVD SW
BURIEN, WA 98166
omar@barrazalaw.com
*Attorney for Plaintiff*

Robert W. McDonald
108 1st Ave S. Suite 202
Seattle, WA 98104
rmcdonald@qualityloan.com
*Attorney for Defendant Quality Loan Service Corporation of Washington*

    2.    I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the address listed below: **None.**

    3.    I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **None.**

    4.    I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None**.

> *s/Michael J. Kapaun*
> Michael J. Kapaun, WSBA # 36864
> WITHERSPOON • KELLEY
> 422 W. Riverside Ave., Suite 1100
> Spokane, WA 99201-0300
> Phone: 509-624-5265
> mjk@witherspoonkelley.com

DEFENDANT NATIONSTAR MORTGAGE LLC and WELLS FARGO BANK N.A.'S CORPORATE DISCLOSURE STATEMENT - 3
Case No. 2:17-cv-01370-RSM
{S1608317; 1 }

WK WITHERSPOON•KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.**624.5265**
Spokane, Washington 99201-0300   Fax: 509.**458.2728**