# EXHIBIT 1



**2016 0105 000317**
CORELOGIC
PAGE-001 OF 002       ADT            16.00
01/05/2016 10:10
KING COUNTY, WA

When recorded mail to:
CoreLogic
Mail Stop: ASGN
P.O. Box 961006
Ft Worth, TX 76161-9836

This space for Recorder's use

| | |
|---|---|
| DocID# 73414793215322150 | Recording Requested By:<br>**Bank of America**<br>Prepared By:<br>**Carlos A. Rivas**<br>**800-444-4302**<br>**4909 Savarese Circle**<br>**Tampa, FL 33634** |
| Tax ID: 615180-0310-02 | |
| Property Address:<br>**29288 218th Place SE**<br>**Black Diamond, WA 98010-1266**<br>WA0-ADT-BANS34369898   12/17/2015  NSCORBNS | |

## CORRECTIVE ASSIGNMENT OF DEED OF TRUST

** This Corrective Assignment of Deed of Trust is being recorded for the purposes set forth below. An Assignment of Deed of Trust executed by Bank of America, N.A., as assignor, in favor of NATIONSTAR MORTGAGE, LLC, as assignee, dated 7/29/2013 and recorded on 8/28/2013 [as Instrument #20130828002257 in] / [in Book #N/A, page #N/A of] the official records in the County Recorder's office of King County, WA (the "Prior Assignment") was inadvertently recorded by Bank of America, N.A., the then-servicer of the loan secured by the deed of trust referenced in the Prior Assignment and described below (the "Deed of Trust"). NATIONSTAR MORTGAGE, LLC has executed this Corrective Assignment of Deed of Trust (i) to ensure that the beneficiary of record immediately prior to the recordation of the Prior Assignment is re-established as the current beneficiary of record, and (ii) to transfer to such prior beneficiary of record all of its right, title and interest, if any, as beneficiary under the Deed of Trust.

For Value Received, BANK OF AMERICA AS ATTORNEY IN FACT FOR NATIONSTAR MORTGAGE, LLC BY POWER OF ATTORNEY RECORDED ON DOCUMENT NUMBER 20140805000922 whose address is 4909 SAVARESE CIRCLE, TAMPA, FL 33634 does hereby grant, sell, assign, transfer and convey unto WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE SARM 2007-3 TRUST FUND whose address is C/O BAC, M/C: CA6-914-01-43, 1800 Tapo Canyon Road, Simi Valley, CA 93063 all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

| | |
|---|---|
| Beneficiary: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS DESIGNATED NOMINEE FOR FIRST INDEPENDENT MORTGAGE COMPANY, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS |
| Made By: | BRETT DIFFLEY, AN UNMARRIED MAN |
| Original Trustee: | OLD REPUBLIC TITLE LTD. |
| Date of Deed of Trust: | 1/23/2007 |
| Original Loan Amount: | $549,000.00 |

Recorded in King County, WA on: 1/31/2007, book N/A, page N/A and instrument number 20070131001702

Property Legal Description:
LOT(S) 62, NORTH SHORE OF LAKE SAWYER, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 35 OF PLATS, PAGE(S) 39, RECORDS OF KING COUNTY, WASHINGTON. SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON. A.P.N.: 615180-0310-02

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said deed of trust.

IN WITNESS WHEREOF, the undersigned has caused this Corrective Assignment of Deed of Trust to be executed on ___DEC 1 8 2015___

**BANK OF AMERICA AS ATTORNEY IN FACT FOR NATIONSTAR MORTGAGE, LLC BY POWER OF ATTORNEY RECORDED ON DOCUMENT NUMBER 20140805000922**

By: _____

**Lori Davis-Cross, Assistant Vice President**

State of **FL**, County of **Hillsborough**

The foregoing instrument was acknowledged before me this ___DEC 1 8 2015___, by Lori Davis-Cross, **Assistant Vice President** authorized to sign on behalf of **BANK OF AMERICA AS ATTORNEY IN FACT FOR NATIONSTAR MORTGAGE, LLC BY POWER OF ATTORNEY RECORDED ON DOCUMENT NUMBER 20140805000922.** He/she is personally known to me or has produced_____as identification.

Notary Public: _____Michelle S Capps_____
My Commission Expires: _____January 29, 2019_____

**MICHELLE S CAPPS**
Notary Public, State of Florida
Commission# FF 194349
My comm. expires Jan. 29, 2019