# EXHIBIT 2

**Electronically Recorded**
**20160322001482**
SIMPLIFILE                                    AST            16.00
Page 001 of 002
03/22/2016 04:11
King County, WA

When recorded return to:
**Quality Loan Service Corp. of Washington**
C/O Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92101

Space above this line for recorders use only

## Appointment of Successor Trustee

**Deed of Trust Date:**
1/23/2007

**Grantor(s)/Mortgagor(s):**
BRETT DIFFLEY, AN UNMARRIED MAN

**Original Beneficiary/Mortgagee:**
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST INDEPENDENT MORTGAGE COMPANY

**Current Beneficiary/Mortgagee:**
Wells Fargo Bank National Association, as trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2007-3

**Recording Information:**
Instrument No. 20070131001702 Recorded on 1/31/2007

**County Where Property Situated:**
KING

**Servicing Agent:**
Nationstar Mortgage LLC

**Address of Servicing Agent:**
8950 Cypress Waters Boulevard
Coppell, TX 75019

**Assessor's Parcel number:**
615180-0310-02

**Grantee:**
Quality Loan Service Corporation of Washington

**Original Trustee:**
OLD REPUBLIC TITLE LTD.

Wells Fargo Bank National Association, as trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2007-3 is the current beneficiary under the deed of trust.

The deed of trust describes the following property located in **KING, WA**, and more particularly described as:

   LOT(S) 62, NORTH SHORE OF LAKE SAWYER, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 35 OF PLATS, PAGE(S) 39, RECORDS OF KING COUNTY, WASHINGTON. SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

Commonly known as: **29288 218TH PLACE SE, BLACK DIAMOND, WA 98010**

   The beneficiary, pursuant to the terms of and authority granted under the deed of trust, hereby

Appointment of Successor Trustee
T.S. No.: WA-16-702038-SW
Order No.: 160029392-WA-MSI

appoints **QUALITY LOAN SERVICE CORPORATION OF WASHINGTON**, whose address is **108 1ˢᵗ Ave South, Suite 202, Seattle, WA 98104**, as successor trustee under the deed of trust with all powers of the original trustee, effective immediately.

Dated this ___16___ day of __March__, 20_16_.

                Nationstar Mortgage LLC, attorney-in-fact for Wells Fargo Bank National Association, as trustee for Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2007-3

By: _Terri Cooper_
Printed Name: Terri Cooper
Title: Assistant Secretary
Date: March 16, 2016

State of: Texas)
County of: Denton)

    This instrument was acknowledged before me this _16_ day of _March_, 20_16_ by _Terri Cooper_, as _Assistant Secretary_ of Nationstar Mortgage LLC, on behalf of said entity.

_✓_ Personally Known
____ Produced identification: *ID number and type of ID* _N/A_

_LaTosha Davis_
Signature of Notary Public
LaTosha Davis
Printed Name of Notary Public, State of Texas

[Notary Seal: LATOSHA DAVIS, Notary Public, State of Texas, Comm. Expires 10-27-2019, Notary ID 130420374]

Appointment of Successor Trustee
T.S. No.: WA-16-702038-SW
Order No.: 160029392-WA-MSI